Certificate# 16423

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## ERIE COUNTY

File#: 2008-3578

## CERTIFICATE OF APPOINTMENT OF GUARDIAN(S)

IT IS HEREBY CERTIFIED that Letters in the Matter of the Ward named below have been granted by this Court, are unrevoked, are valid and are in full force as of this date as follows:

| | |
|---|---|
| Name of Ward: | **Alicia Kristina Guastaferro** |
| Date of Birth: | September 11, 1991 |
| Residence of Ward: | Erie County |

| Guardian To Whom Letters Were Issued: | **Karen Guastaferro**<br>86 Stonybrook Lane<br>Williamsville, NY 14221 | **Ralph Guastaferro**<br>86 Stonybrook Lane<br>Williamsville, NY 14221 |
|---|---|---|

| | |
|---|---|
| Letters Issued: | **LETTERS OF GUARDIANSHIP (PROPERTY ONLY)** |
| Bank in Which All Monies are to be Deposited: | **First Niagara Bank** |
| Letters Issued On: | **September 10, 2008** |
| Limitations: | **None** |

Property of the Ward is subject to joint control with the Guardian Clerk of Erie County Surrogate Court; no withdrawals, transfers or investments are legal without Court Order; the Guardian may not receive any funds or property of the Ward except jointly with the Guardian Clerk of Erie County Surrogate Court.

**Dated: September 10, 2008**
**Buffalo, New York**

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Honorable Barbara Howe, Judge of the Erie County Surrogate's Court.

*[signature]*

Mary Dee Martoche, Chief Clerk
Erie County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Erie County Surrogate's Court*