Sign Up! | Login

Search: [                    ] Go

Featured    Highest Rated    Just Submitted    Category    Upload

» Home
» Video
» Pictures
» Games
» News & Links NEW
» Audio / Prank Calls
» Jokes
» Flash Animation
» Forum
» Live Chat
» Contests
» Music Videos
» Submit Content

Hilarious T-shirts!
St Pat tees Came! Tow Love
it!

Insanely Funny T-Shirts
These are the shirts everyone
is talking about!

"Help getting LAID?"
You've got to read this!

Meet Married Women Now
Have a Discreet Encounter
with Someone Tonight

"How I Got a BJ.."
on the First Date. Amazing!

Wanna see pics of girls
who live by you?
All you need is a zip code

Get your link here!

Spoiled Girl
People like this just make me sick.



HURGHHUHHGGG

ebaumsworld.com

02:03 / 04:36

Submitted By: ebaum

Category:
Tags: girls
Views: 186,692 / Comments: 1,901

Embed <embed src="http://www.ebaumsworld.c

Url http://www.ebaumsworld.com/video/wat

Ads by Yahoo!

Free Fantasy Fishing Free Game Online
Win amazing cash & prizes when you play free
fantasy fishing online.
www.fantasyfishing.com

NYC Financial Services
Contact Us for Advice on Financial, Retirement &
College Planning.
www.shiningarmourfs.com

how to trade stock
We Found the Best Deals and Info on Stock Trades.
Check Us Out.
www.Relevant-Resources.com

Related Media

 Bat to Face
Rating:

 Legal Law
Rating:

 What - Acceptable.TV
Rating:

 Balloonies
Rating:

 How - Acceptable.TV
Rating:

 Queefing
Rating:

 Girl Shoots Gun
Rating:



Add a comment or Turn comments off

[1] [2] [3] [4] [5] [6] [7] [8] ... [157] [158]

 hitlerispwnage | Posted at 08:57pm Feb, 29 2008
that girl probably sucks dicks and makes so
much money by doing it. no wonder shes so
rich

 lild696 | Posted at 08:23pm Feb, 29 2008
bullshit. spoiled bitch. the mom looks like
a racoon

 BuffaloBob | Posted at 03:46pm Feb, 29 2008
How much make-up is the mom wearing?  Free
laptop to the person who gets within 2
pounds of the answer......

 BuffaloBob | Posted at 03:41pm Feb, 29 2008
Doh!  The dad said he'd hire someone who
'looks good' instead of someone 'walking up
and saying, hire me, I'm smart'.....Scary.
And, life has a way of levelling things out.
What would happen to this teenager if she
were to become disfigured?  Like attracts
like.  She will learn what loneliness feels
like.

 Radiation | Posted at 01:22pm Feb, 29 2008
this make me feel so sick.

 Ag0Th3 | Posted at 12:50pm Feb, 29 2008
4chan HATES YIU Aliscia (and white trash u



too) although this is troll



metalhead45 | Posted at 10:24am Feb, 29 2008

i think we're looking at a future hooker here

TurdBurglar404 | Posted at 04:23am Feb, 29 2008

We'll see if she's still "a princess" after getting raped in the back of some frat boy's Lexus.

MacCheese | Posted at 05:42pm Feb, 28 2008

How stupid can you be, her mom does her school projects!! Like come on.....

ghost_scorpion | Posted at 01:41pm Feb, 28 2008

pull her teeth out and give them to the homeless

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ... | 157 | 158 |



Drunken Roof Work
Rating:



Sound Effector
Rating:

Cute Rodent Remix
Rating:

| Pictures | Games | Videos | Audio | More | Site |
|---|---|---|---|---|---|
| Funny Pictures | Arcade | Animation | Soundboards | Forum | Advertising |
| Extreme Pictures | Puzzle | Hilarious | Prank Calls | Live Chat | Content Creators |
| Illusions | Skill | Extreme | | Links | Press |
| | Sports | Cool | | Hatemail | Privacy |
| | Classic | Stand-Up | | | FOTM |
| | Role Playing | | | | Link To Us! |
| | Holiday | | | | Contact us! |
| | Casino | | | | |

If you are the original creator of material featured on this website and want it removed, please contact the webmaster.
Copyright © 1998-2007 eBaum's World Inc.



**The Home Depot Specials**
Join Our Email List And
**Save BIG**    PLUS – Ge
Improveme

Sign Up!  |  Login

Featured    Highest Rated    Just Submitted    Category    Upload

» **Home**
» **Video**
» **Pictures**
» **Games**
» **News & Links** NEW
» **Audio / Prank Calls**
» **Jokes**
» **Flash Animation**
» **Forum**
» **Live Chat**
» **Contests**
» **Music Videos**
» **Submit Content**

**Hobowars - it's FREE**
The best browser based
game!

**"How I Got a BJ.."**
on the First Date. Amazing!

**Meet Married Women Now**
Have a Discreet Encounter
with Someone Tonight

**Insanely Funny T-Shirts**
These are the shirts everyone
is talking about!

**"Help getting LAID?"**
You've got to read this!

**Wanna see pics of girls
who live by you?**
All you need is a zip code

**PokerStars.net**
Play Texas Holdem Online

Get your link here!

## Spoiled Girl
People like this just make me sick.



Su
Ca
Ta
Vi
En
Ur

**On**
No
Fee
ww

**Fre**
No
ww

**Ch**
Bro
and
ww

**GEICO Car Insurance**
How much could you save? Get a free car insurance quote today.
Go to http://www.GEICO.com

**CLICK TO VISIT**

📧 Email this to a Friend          📷 Add To Favorites
Rate This:              (56 Ratings)      Bookmark:  🅵 🔖 🔗

## Add a comment or Turn comments off

| 1 | 2 | ... | 3 | 4 | 5 | 6 | 7 | 8 | 9 | ... | 144 | 145 |



 

jonnypies | Posted at 04:41am Feb, 18 2008

This girl certainly does not qualify as gourgeous and she says she feels sorry for those who are not gorgeous?



sky8837 | Posted at 04:31am Feb, 18 2008

ha, i dislike people like this.... but i would not mind if i got everything i wanted



blgarath | Posted at 04:13am Feb, 18 2008

Uh-oh.  I think dad gave her the tongue when they hugged and kissed.  O_o



stevo_78 | Posted at 03:47am Feb, 18 2008

She attends  Williams East High school in Buffalo NY  Parents phone # is 716-832-7301  I want their 15 minutes of fame to be the worst decision they ever made!!

 

stevo_78 | Posted at 03:45am Feb, 18 2008

I cant get away from this story.....geeeezz

**Replies....**

diezel008 | Posted at 02:51pm Feb, 18 2008

neither can i man, i have commented about 20 times and I'm obsessed with watching it. It annoys the living fuck out of me, but i cant stop watching it. she is the dumbest looking piece of shit ive ever seen and i want to ruin this girls life somehow



stevo_78 | Posted at 03:44am Feb, 18 2008

Is she the Paris Hilton of a big Window Tinting Empire??



drglenmomo | Posted at 03:32am Feb, 18 2008

shes needs a cock in her mouth



**Replies....**

gslewitzke | Posted at 03:39am Feb, 18 2008

shed prolly think it was a freakin kit kat and bite it. this bitch and paris hilton wil rule the world



**Fun**
Wat
Che
www

**Fre**
10 I
Ama

**Cre**
Use
proc
www

**Fla**
No |
www

spoony | Posted at 03:57am Feb, 18 2008

`No sparkling wiggles here!`



vikinglord666 | Posted at 03:28am Feb, 18 2008

`Im here for the interview, im smart? isnt`
`that a good thing? brass knuckles sparkle`
`when they bust ur face asshole`

[1] [2] ... [3] [4] [5] [6] [7] [8] [9] ... [144] [145]

## Pictures

Funny Pictures
Extreme Pictures
Illusions

## Games

Arcade
Puzzle
Skill
Sports
Classic
Role Playing
Holiday
Casino

## Videos

Animation
Hilarious
Extreme
Cool
Stand-Up

## Audio

Soundboards
Prank Calls

## More

Forum
Live Chat
Links
Hatemail

If you are the original creator of material featured on this website and want it removed, please c
Copyright © 1998-2007 eBaum's World Inc.



Alicia ←





Afford to watch all your favorites with DISH Netw
Order dishHD™ for only $29.99/mo.

Sign Up! | Login

Featured | Highest Rated | Just Submitted | Category | Upload

- » Home
- » Video
- » Pictures
- » Games
- » News & Links NEW
- » Audio / Prank Calls
- » Jokes
- » Flash Animation
- » Forum
- » Live Chat
- » Contests
- » Music Videos
- » Submit Content

**"Help getting LAID?"**
You've got to read this!

**PokerStars.net**
Play Texas Holdem Online

**Wanna see pics of girls who live by you?**
All you need is a zip code

**Foo Fighters Beyonce Sean Kingston Mat Kearney and More**
Listen & Go!

**Meet Married Women Now**
Have a Discreet Encounter with Someone Tonight

**Insanely Funny T-Shirts**
These are the shirts everyone is talking about!

**"How I Got a BJ.."**
on the First Date. Amazing!

**Hobowars - it's FREE**
The best browser based game!

Get your link here!

## Spoiled Girl

People like this just make me sick.

New Girls Gone Wild
The Girls Gone Wild crew is really scraping the bottom of the idea barrel.

Girl Shoots Gun
A girl who can't weigh over a hundred pounds tries to shoot a desert eagle 50 caliber pistol.

Sound Effector
What if you could help stop crimes with incredibly realistic sounds? Check out Acceptable TV beginning Friday March 23 at 10pm on VH1. Check out more

Replay Video

00:00 / 04:56

GEICO Car Insurance
How much could you save? Get a free car insurance quote today.
Go to http://www.GEICO.com
CLICK TO VISIT

Email this to a Friend | Add To Favorites

**Rate This:** (58 Ratings) **Bookmark:**

# Add a comment or Turn comments off

1 2 3 4 5 6 7 8 ... 150 151

Su
Ca
Ta
Vi
En
Ur

*Spoiled Girl*

**GET A FREE QUOTE!**

**DebtRelief Consultant**

**Request a 100% FREE No Obligation Consultation Online!**

**We Could Reduce:**

**GET A FREE QUOTE!**



**ruudh67 | Posted at 09:02am Feb, 20 2008**

swallow biiaatch



**plainlazy121 | Posted at 05:52am Feb, 20 2008**

her nose looks like a fukin doritio and her mum with makeup looks like a zombie



**MrBuschLight | Posted at 03:37am Feb, 20 2008**

i know bitches like this.....i'm 21 and they still act like this.......wait a few more years until their parents die and their beauty fades......and i almost forgot...her moms a dude, her dads a fuckin pussy and shes a butter face, they all need to be shot



**gocanucks420 | Posted at 03:18am Feb, 20 2008**

Her mom looks exactly like Nancey Grace...... halarious



**surfer69 | Posted at 03:11am Feb, 20 2008**

Some one should rape this bitch. . .



**Black_Friday | Posted at 02:23am Feb, 20 2008**

I hope she face plants off of a runway and ruins her face forever, her parents die from cancer and their business burn to the ground the day after their insurance policies expire. Her dad looks like a pussy and her mom like a fugly transexual who'd you'd find sucking dick for quarters... I want newspapers to follow up on this family with the headlines reading "Guastaferro family found slain along side Jimmy Hoffa's body" Either that or their daughter will turn into a very poor porn actress



**scar_fac3 | Posted at 02:10am Feb, 20 2008**

butter face!!!!



**Disturbed01 | Posted at 01:42am Feb, 20 2008**

lol, that dumb bitch wouldnt stand a chance on her own



Fun
Dor
Tho
www

Fre
10 I
Ama

Bra
Mar
Con
votip

Fre
Free
dow
vibo



**scoobytuff** | Posted at 09:43am Feb, 19 2008

She was a lot cuter until she opened her mouth.
What a retard!



**spaze11482** | Posted at 07:04am Feb, 19 2008

That wasn't your best cereal... wtf... Like you can overcook cereal... Please dump her in a forest for just 2 hours...



**jwoo21him** | Posted at 03:55am Feb, 19 2008

bitch needs to be spanked

[1] [2] [3] [4] [5] [6] [7] [8] ... [150] [151]

# Pictures   Games   Videos   Audio   More

| Pictures | Games | Videos | Audio | More |
|---|---|---|---|---|
| Funny Pictures | Arcade | Animation | Soundboards | Forum |
| Extreme Pictures | Puzzle | Hilarious | Prank Calls | Live Chat |
| Illusions | Skill | Extreme | | Links |
| | Sports | Cool | | Hatemail |
| | Classic | Stand-Up | | |
| | Role Playing | | | |
| | Holiday | | | |
| | Casino | | | |

If you are the original creator of material featured on this website and want it removed, please c
Copyright © 1998-2007 eBaum's World Inc.

_totallycrap.gr_ | _totallycrap.de_ | _totallycrap.es_ | _mediabom.tv_ | _vkmag.com_ |
_totallynsfw.com 18+_

�🛈 You are not authorized to view this
page

# *Alicia Guastaferro – The World's Most Spoiled Teen?*



*Can someone please hand me a gun as I want to shoot myself. What the fuck is this place coming too? 13-year-olds swearing as if they are 22 and now some spoiled teen beauty queen wannabe that gets to celebrate Xmas every day. Alicia Guastaferro is her parent's little sparkle. They think she is the best thing since sliced bread and live their lives around the needs of Alicia. Alicia herself thinks she is da bomb, but lets take her down a peg or two. First, she is not pretty. Second, she has no sparkle. Third, she has no intelligence. Fourth, her parents are morons. Fifth, her mom looks like something that was dug up out of grave yesterday. Sixth, porn awaits you my dear.*



| *Willy Wanka* | *15-02-08* | *link* | ✉ |



| ▣ | ▦ |

# *Rants & Raves & Flames & Trolls on Alicia Guastaferro - The World's Most Spoiled Teen?*

*In 3 or 4 years, she'll be a Vivid girl.*

*Wes Mantooth* | *15/02* | *09:33 AM*

*urge to kill rising...*

*naughtyteddy* | *15/02* | *09:37 AM*

*What the fuck was that? I have never wanted to hit a girl so much in my life, including the time I caught my gf in bed with her stepdad.*

*The only reason people probably hang around with her is because her mum and dad give out free plasma tvs at her pink parties.*

*Dazzle my arse.*

*nudedude* | *15/02* | *09:50 AM*

*thats just bullshit! her mother is herman munster and shes gonna die the second she needs to go into the real world*

*St1pe* | *15/02* | *10:07 AM*

*First off "What the fuck was that? I have never wanted to hit a girl so much in my life, including the time I caught my gf in bed with her stepdad. " I'm sorry but that's awesome!!!!*
*Secondly WTF??? That bitch needs more than a week on wife swap, she needs to trade places with a real person for once! Her mam just buys her something everyday so she wont ask her why her mam is really a man*

*weordie* | *15/02* | *10:35 AM*

*Nightmare*

*Gary Sanderson* | *15/02* | *12:01 PM*

*She needs some speech therapy when they finally start teaching her ABC's*

*San Pedro* | *15/02* | *12:30 PM*

*F##k me only in the USA lets hope daddys firm go's tits up & she becomes a crack whore.*
*Failing that SOME ONE PUNCH THE BITCH!!!!!!!!!!!!!!!!!*

*Rankle666* | *15/02* | *12:32 PM*

*I saw that Episode of Wife Swap. Now she likes to cook and does her own homework now thats to an intelligent woman who knows that you can be pretty and smart. Mrs Gustaferro on the other hand ridiculed the intelligent womans daughter and called her a geek because she didn't want to try on dresses. The Girl isn't that bad just needs better guidance. But yea Kill her Mom!*

*Emaldas* | *15/02* | *01:05 PM*

Case 2:08-cv-08650-GAF-RC   Document 2-3   Filed 01/06/09   Page 13 of 53

*Fuuuck, creepy attitude and even creepier looks on the mother.*

*Doctor Bastardo* | *15/02* | *02:08 PM*

*Surely this is some kind of spoof, even americans are not that stupid......*

*itdonkey1969* | *15/02* | *05:45 PM*

*Seriously... wtf? Someone hit her with a shovel please...*

*nest* | *15/02* | *06:13 PM*

*...repeatedly*

*nest* | *15/02* | *06:14 PM*

*Boy Howdy I'm Proud to be American!*

*save me......*

*dbone* | *15/02* | *08:03 PM*

*really now ppl.........Christmas everyday ?*
*give her a fucking dick in her mouth everyday........i hate her so much.........*

*Grimjaw* | *16/02* | *12:33 AM*

*For once I'm speechless...*

*Eyepopper* | *16/02* | *04:20 AM*

*The sparkle comes from a syringe that sucks it out of the mum, probably from the anus.*

*pe668* | *16/02* | *04:45 AM*

*ya gotta admit she is the best* ☺

*Lets all Sing!!!! God bless America Home of the Free...voice over. "This is what all our boys are dying for over in Iraq!!!"*

*OldWorld* | *16/02* | *08:11 AM*

*I hope she has some nice disfiguring accident.*

*OldWorld | 16/02 | 08:11 AM*

*she reminds me of the stupid spoiled whore episode of south park.*

*She hasnt lived a day in her life and no man is sane enough to marry her, shes an ugly skank.*

*gingerprince | 16/02 | 10:20 AM*

*Yeh Yeh but you would all do her in the ass!!!!*
*Of course gag her first*

*Rankle666 | 16/02 | 04:44 PM*
*Go to page [1      ] Page 1 of 1 pages*

# *Hit your Keyboard!*

*Name*

[                    ]

*Email (compulsory)*

[                    ]

*Location*

[                    ]

*www*

[http://            ]

☐*Remember!*

*Your rant here!*



  


Sign Up! | Login

Search: Go

Featured Highest Rated Just Submitted Category Upload

» Home
» Video
» Pictures
» Games
» News & Links NEW
» Audio / Prank Calls
» Jokes
» Flash Animation
» Forum
» Live Chat
» Contests
» Music Videos
» Submit Content

"Help getting LAID?"
You've got to read this!

Hobowars - It's FREE
The best browser based game!

"How I Got a BJ.."
on the First Date. Amazing!

Meet Married Women Now
Have a Discreet Encounter with Someone Tonight

PokerStars.net
Play Texas Holdem Online

Insanely Funny T-Shirts
These are the shirts everyone is talking about!

Wanna see pics of girls who live by you?
All you need is a zip code

Foo Fighters Beyonce Sean Kingston Mat Kearney and More
Listen & Go!

Get your link here!

## Spoiled Girl

People like this just make me sick.

Email this to a Friend Add To Favorites

Rate This: (58 Ratings) Bookmark:

Add a comment or Turn comments off

1 2 3 4 5 6 7 8 ... 152 153

xtreme33 | Posted at 09:21pm Feb, 20 2008

I'd rape her and then give her my sparkle.

calburno | Posted at 08:01pm Feb, 20 2008

this is one of those people who got pushed to hard

BK773 | Posted at 07:42pm Feb, 20 2008

She has to be the single most pathetic human on earth.

seaotter | Posted at 07:24pm Feb, 20 2008

omg please 4 the love of god somebody kill her and her parents. it just made me mad by watching this. that girl is pathetic and spoiled. "my friends gave me the nickname is blonde and i dont know where they get it from. hehehe. just kidding, my hair." wtf! horrible joke!! but in all seriousness please kill her

Submitted By: ebaum

Category:

Tags: girls

Views: 169,100 / Comments: 1,840

Embed <embed src="http://www.ebaumsworld.c

Url http://www.ebaumsworld.com/video/wat

### Related Media

How - Acceptable.TV
Rating:

Balloonies
Rating:

Sound Effector
Rating:

Legal Law
Rating:

CallWave Video Contest
Rating:

Bat to Face
Rating:

Naked Stalker
Rating:

Unlimited Calls from home
on your mobile phone

T··Mobile·
RESTRICTIONS APPLY.

bloodarop | Posted at 06:47pm Feb, 20 2008

this grl n her parents both should literally kill themselves, this is just idiotic

 ahmdullah | Posted at 05:47pm Feb, 20 2008

wow iam not mad at the girl iam mad at the parents how can u raise her like that i should bitch salp u both or get some fucking gun powder and remove ur fucking sparckl

 izziee | Posted at 04:31pm Feb, 20 2008

are you even joking? no words can actually say how much i hate that girl. not that i'm jealous, in anyway, her life sucks. it's shit. but wtf? her parents must be so insecure to have to do what their 15 year old daughter says. get a grip. jeeze are you serious that looks is everything. erm yeah ok. those people are the definition of freaks.

 rickydeathreat | Posted at 03:42pm Feb, 20 2008

"im here for the interview. i can--im smart."

bahaa

 CiZaiN | Posted at 02:50pm Feb, 20 2008

I want to to remove her sparkle with sandpaper

**Replies...**

slipsqadlp3283 | Posted at 05:38pm Feb, 20 2008

mmhmm

 dtokar | Posted at 02:19pm Feb, 20 2008

People like this should be shot and/or deported because this is why the united states has the dumbest kids in the world leading to dumb population. This is a threat to our country!!! people take action... with ur magnums

1 2 3 4 5 6 7 8 ... 152 153

 Not The Father Parody
**Rating:**

 Father Catches Daughter
**Rating:**

 Queefing
**Rating:**

| Pictures | Games | Videos | Audio | More | Site |
|---|---|---|---|---|---|
| Funny Pictures | Arcade | Animation | Soundboards | Forum | Advertising |
| Extreme Pictures | Puzzle | Hilarious | Prank Calls | Live Chat | Content Creators |
| Illusions | Skill | Extreme | | Links | Press |
| | Sports | Cool | | Hatemail | Privacy |
| | Classic | Stand-Up | | | FOTM |
| | Role Playing | | | | Link To Us! |
| | Holiday | | | | Contact us! |
| | Casino | | | | |

If you are the original creator of material featured on this website and want it removed, please contact the webmaster.
Copyright © 1998-2007 eBaum's World Inc.

Sign Up | Accoun

**Home**          **Videos**          **Channels**          **Community**

[                                    ]  [ Search ]

## Wife Swap - Alicia Guastaferro, Beauty Queen From Hell



 From: **Monkey**
Joined: 6 months a
Videos: 66

**About This Video**
Words won't suffice, just wat
Added: January 11, 2008

Embed
<object width="425" height="355'

**More From: Monk**

**Related Videos**

  Yonts Si
03:12 Fro
Views: 1,

 Aishwar
a wife
04:01 Fro
Views: 4!

 MY ROY
QUEEN
04:10 Fro
Views: 6!

 2nd Mig
Entertai
09:59 Fro
Views: 3:

**Share          Favorite          Add to Playlists          Flag**

**Rate:**                                  **Views: 7,047**

36 ratings

Comments: 91 · Favorited: 70 times    Honors: 0    Links: 5

## Comments & Responses

Show: [ average (-5 or better) ] [⊡] Help

Post a video response
Post a text comment

**SnakesWithASub** (5 days ago)                    Reply   -3

Please someone kill and rape this dumbass.

In that order

**familiarrealm96** (5 days ago)                    Reply   -2

lol, explotation? haha smarrttt

    **MonkeyMechX2** (5 days ago)                    Reply

    I missed one letter, omg lol.

**Promoted Videos**

 
Sabres @        Black20
Rangers ...     News: Fri...
05:03           03:45
NHLVideo        wwwBLACK20

**godzillaaaaa** (5 days ago)                    Reply    0

Fucking mush-mouth.

---

**jerm1324** (5 days ago)                    Reply    0

Someone needs to send a hit on this family

---

**franticfactory** (5 days ago)                    Reply    +2

Um... EW? What a waste of life.

---

Comment(s) marked as spam Show

**MonkeyMechX2** (5 days ago)                                        Reply

Oh, the new model of plastic teenager only lasts till 25.

---

> **Innuendo91** (5 days ago)                    Reply    0
>
> I was gonna guess 19, actually.
>
> ---
>
> **MonkeyMechX2** (5 days ago)                    Reply
>
> Reduced cranial capacity allows for less stress on the rubber-hydraulic neck stem. This releases pressure from the heart cavity and allows for increased fluid dispersal with less wearing.

---

Pages: Newest ... **11  12  13  14** ...                    Previous   Next

View all 91 comments

## Would you like to comment?

Join YouTube for a free account, or log in if you are already a member.

---

[                                        ]   Search

| **Your Account** | | **Help & Info** | | **YouTube** |
|---|---|---|---|---|
| Videos | Inbox | Help Center | Safety Tips | Company Info |
| Favorites | Subscriptions | Video Toolbox | Copyright Notices | TestTube |
| Playlists | more... | Developer APIs | Community Guidelines | Terms of Use |
| | | | | Privacy Policy |

© 2007 YouTube, LLC

 

**Home**      **News**      **Shows**      **Games**      **Videos**      **Interact**

## Thread: is Alicia Guastaferro a real person.....???

<span style="float:right">Welcome, Guest</span>

G4 Forums » Special Interests » Off-Topic Forum

Reply to this Thread      Search Forum      Back to Thread List

---

☐  Replies: 13 - Pages: 1 - Last Post: Apr 25, 2008 8:56 PM Last Post By: Nightmare_Maneu...

---

ikax 

**is Alicia Guastaferro a real person.....???**   
Posted: Apr 25, 2008 1:20 PM



Posts: 3,269
Legacy Post Count: 5,718
Registered: 1/27/03

---

AIM - ikax is 1337
Video journals are NOT OK.
I'M PRESSIN' CHARGES
www.huntersthompsonmovie.com

**G4 Video Games**
Find more sources/options for G4 Video Games
www.webcrawler.com

**TV Show Tapings**
Free Tickets to See Favorite Stars & Musical
Acts. Get Your Tix Today
www.1iota.com

**Ny Fire**
Catch al
June 24
Fxnetwo



Editors

*Narrow Stairs*

Posts: 5,859
Legacy Post Count:
14,581
Registered: 7/30/04

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:26 PM   ⬆ in response to: ikax

I saw nothing wrong with that clip, then the goddamned christian came into the picture



cdat29

*The best there is at what I do*

Posts: 9,593
Legacy Post Count: 215
Registered: 4/13/07

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:28 PM   ⬆ in response to: ikax

kill her now





NeoMoebius

**is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:30 PM   ⬆ in response to: ikax

This is old.

Posts: 792
Registered: 12/8/07



SnuffonDigital ♂



Posts: 1,768
Registered: 11/8/07

**is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:31 PM ⇧ in response to: ikax

She has a sparkling future... In Porn



Love's a Bitc



Roxylaa

*Believer in MODerate
forum craziness...*

Posts: 4,549
Legacy Post Count: 3,999
Registered: 10/9/06

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:38 PM   ⬆ in response to: ikax                      ⚠

**"She looks so...ODD!"**



**"I've seen enough. She's a hideous creature with incorrigible parents and they a
DESTROYED!!!"**

**"I Love This Show..."**
<u>My Myspace!</u>
RoxyfromJamaica :- "It growled at me! BWWHHAAHHAAHHAAAHAAAAAA!!!"



**"I am ready to meet my Maker. Whether my Maker is prepared for the great orde
meeting me is another matter." - SIR WINSTON CHURCHILL (1874 - 1965)**

---



ikax

Posts: 3,269
Legacy Post Count: 5,718
Registered: 1/27/03

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 1:45 PM   ⬆ in response to: cdat29                      ⚠

> *cdat29 wrote:*
> *kill her now*

I'd rather kill her parents.

---

AIM - ikax is 1337
<u>Video journals are NOT OK.</u>
<u>I'M PRESSIN' CHARGES</u>
www.huntersthompsonmovie.com



cdat29

The best there is at what I do

Posts: 9,593
Legacy Post Count: 215
Registered: 4/13/07

### Re: is Alicia Guastaferro a real person.....???
Posted: Apr 25, 2008 1:50 PM  ⬆ in response to: ikax

> *ikax wrote:*
>
> > *cdat29 wrote:*
> > *kill her now*
>
> *I'd rather kill her parents.*

Kill them all, and let god sort them out





Prio

If you were Armageddon who would you spare?

Posts: 8,948
Legacy Post Count: 5,722
Registered: 12/6/06

### Re: is Alicia Guastaferro a real person.....???
Posted: Apr 25, 2008 1:51 PM  ⬆ in response to: ikax

MTV REAL WORLD: WIFE SWAP





Caustic_Carnival

*My father used to beat me in Morse code.*

Posts: 4,798
Legacy Post Count: 621
Registered: 7/27/07

**is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 2:26 PM   ⇧ in response to: ikax

"Not Your Best Cereal!"......OLLULZ

**The Rebirth Of Cruel**



"We're Dangerous People With Secret Songs."

---



electricbluemon...

*Semen stains the mountain tops*

Posts: 3,369
Legacy Post Count: 371
Registered: 9/7/06

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 3:19 PM   ⇧ in response to: Caustic_Carnival

Made a thread about this a few months ago.

I still can't believe it. Every time I watch it, I feel like I'm watching SNL or Mad TV.



LIVE: ddazednconfused

DTX

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 4:58 PM   ⬆ in response to: electricbluemon...

Rape....it's the only way.



FairTax | StopTheDrugWar | SaveTheInternet

*Devourer of Souls*

Posts: 6,171
Legacy Post Count: 9,995
Registered: 12/5/05

---

Prio

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 5:22 PM   ⬆ in response to: ikax

The most important thing in life is to...
SPARKLE!



*If you were Armageddon
who would you spare?*

Posts: 8,948
Legacy Post Count: 5,722
Registered: 12/6/06

---

**Re: is Alicia Guastaferro a real person.....???**
Posted: Apr 25, 2008 8:56 PM   ⬆ in response to: Prio

Kidnap, rape, kill.

Nightmare_Maneu...



Sign Up!  |  Login

Featured     Highest Rated     Just Submitted     Category     Upload

» Home
» Video
» Pictures
» Games
» News & Links NEW
» Audio / Prank Calls
» Jokes
» Flash Animation
» Forum
» Live Chat
» Contests
» Music Videos
» Submit Content

**Spoiled Girl**
People like this just make me sick.







**"How I Got a BJ.."**
on the First Date. Amazing!

**Meet Married Women Now**
Have a Discreet Encounter
with Someone Tonight

**Wanna see pics of girls
who live by you?**
All you need is a zip code

**Hobowars - it's FREE**
The best browser based
game!

**Foo Fighters Beyonce Sean
Kingston Mat Kearney and
More**
Listen & Go!

**PokerStars.net**
Play Texas Holdem Online

**Insanely Funny T-Shirts**
These are the shirts everyone
is talking about!

**"Help getting LAID?"**
You've got to read this!

Get your link here!

✉ Email this to a Friend          Add To Favorites

Rate This:          (58 Ratings)          Bookmark:

# Add a comment or Turn comments off

1  2  3  4  5  6  7  8  ...  153  154



# DebtRelief Consultant

## Request a 100% FREE No Obligation Consultation Online!

## We Could Reduce:

GET A FREE QUOTE!



**DRUNKERD** | Posted at 10:50am Feb, 21 2008

rape is in order here.



**Jayrod76** | Posted at 08:29am Feb, 21 2008

Thats just fucked up, those people need to be shot. My fucking god come on , retard ass parents need to be fucked up, fat bitch,mother homo looking father!!



**lblackbirdl** | Posted at 03:47am Feb, 21 2008

I give it 10 years before they find her dead in her huge house , in her bathroom with a shot right to the damn head.. maybe her husband did it, maybe she did it... point is, the world is better without HER!



**keysersoze16** | Posted at 02:17am Feb, 21 2008

I would like to lock her in a rock and torture her, stupid spoiled bitch



**karter** | Posted at 02:16am Feb, 21 2008

shes not even fuckin hott wtf.....



**bigboybam** | Posted at 02:03am Feb, 21 2008

hate



**Adayam** | Posted at 12:55am Feb, 21 2008

HAHAHAHA lol !



**g2grimmy64** | Posted at 12:53am Feb, 21 2008

MOTHER OF CHEESE...PARIS HILTON HAS COMPETITION FOR THE BIGGEST BRAT IN THE COSMOS



**Adayam** | Posted at 12:52am Feb, 21 2008

In jesus name that she needs to go to hell...You spoiled little shit!!!!

1 2 3 4 5 6 7 8 ... 153 154

## Pictures  Games  Videos  Audio  More

| Funny Pictures | Arcade | Animation | Soundboards | Forum |
|---|---|---|---|---|
| Extreme Pictures | Puzzle | Hilarious | Prank Calls | Live Chat |
| Illusions | Skill | Extreme | | Links |
| | Sports | Cool | | Hatemail |
| | Classic | Stand-Up | | |
| | Role Playing | | | |
| | Holiday | | | |
| | Casino | | | |

If you are the original creator of material featured on this website and want it removed, please c
Copyright © 1998-2007 eBaum's World Inc.



Sign Up! | Login

Search: Go

Featured Highest Rated Just Submitted Category Upload

» Home
» Video
» Pictures
» Games
» News & Links NEW
» Audio / Prank Calls
» Jokes
» Flash Animation
» Forum
» Live Chat
» Contests
» Music Videos
» Submit Content

**Meet Married Women Now**
Have a Discreet Encounter with Someone Tonight

**Hobowars - it's FREE**
The best browser based game!

**Wanna see pics of girls who live by you?**
All you need is a zip code

**"Help getting LAID?"**
You've got to read this!

**Insanely Funny T-Shirts**
These are the shirts everyone is talking about!

**PokerStars.net**
Play Texas Holdem Online

**"How I Got a BJ.."**
on the First Date. Amazing!

Get your link here!

## Spoiled Girl

People like this just make me sick.

GEICO Car Insurance
How much could you save? Get a free car insurance quote today.
Go to http://www.GEICO.com
CLICK TO VISIT

Email this to a Friend    Add To Favorites

Rate This: (56 Ratings) Bookmark:

## Add a comment or Turn comments off

1 2 ... 10 11 12 13 14 15 16 ... 146 147

Rocketfan | Posted at 10:08pm Feb, 17 2008

Alicia: "I don't care what people say, appearance is everything in this world".

Yeah, tell that to the punching bag you call your mother.

captcom | Posted at 10:04pm Feb, 17 2008

what a dumb%2 ***** i hope she gets set on fire and then her family goes broke

Fukubich | Posted at 10:02pm Feb, 17 2008

I cant wait for someone to rape this bitch.

**Replies....**

Alpha | Posted at 10:12pm Feb, 17 2008

Omg yeah rofl!

c4burt | Posted at 09:59pm Feb, 17 2008

dumb

Submitted By: ebaum

Category: funny video

Tags: girls

Views: 152,231 / Comments: 1,773

Embed <embed src="http://www.ebaumsworld.c

Url http://www.ebaumsworld.com/video/wat

Advertisement

**Related Media**

LOL DOOD
**Rating:**

Orgazmo Alarm
**Rating:**

Girl Shoots Gun
**Rating:**

Balloonies
**Rating:**

How - Acceptable.TV
**Rating:**

Breakup Like a Bastard
**Rating:**

What - Acceptable.TV
**Rating:**

Case 2:08-cv-08650-GAF-RC    Document 2-3    Filed 01/06/09    Page 30 of 53

CiZaiN | Posted at 09:50pm Feb, 17 2008

butterface bitch



stevo_78 | Posted at 09:39pm Feb, 17 2008

call them and let them know..Ralph
Guastaferro..716-832-7301.    I googled the
shit out of this story!

**Replies....**

diezel008 | Posted at 11:11pm Feb, 17 2008

lmao that is awesome

Someone please call this douche

 SephirothIsG | Posted at 09:31pm Feb, 17 2008

what a stupid but really bangable bitch

 thawildwaz | Posted at 09:27pm Feb, 17 2008

She isn't even pretty w/ out all that
fucking make up sbes probably ugly as hell
shes just fake, all she has is fake
beauty.One of the most sexy things a woman
can have is natural beauty and she has none.

 miker23 | Posted at 09:21pm Feb, 17 2008

if you really think about it... whats the
problem
-her parents are happy doing that because
they love seeing there child happy
-the chick really isnt that needy but
grateful
-they all seem extremely happy with there
lives and thats all that matters to them

 JonathenEh | Posted at 09:19pm Feb, 17 2008

Lets rape her, who's in?

**Replies....**

methud | Posted at 10:11pm Feb, 17 2008

im in....... her ass

stevo_78 | Posted at 09:36pm Feb, 17 2008

the dad Ray..his phone # is
716-832-7301...I'm obsessed with this
story

SephirothIsG | Posted at 09:30pm Feb, 17 2008

rite here, lets do it

[ 1 ][ 2 ] ... [ 10 ][ 11 ][ 12 ][ 13 ] [ 14 ][ 15 ][ 16 ] ... [ 146 ][ 147 ]

 Why - Acceptable.TV
**Rating:**

 Who Else Wants to download
FLV?
**Rating:**

 Father Catches Daughter
**Rating:**

| Pictures | Games | Videos | Audio | More | Site |
|---|---|---|---|---|---|
| Funny Pictures | Arcade | Animation | Soundboards | Forum | Advertising |
| Extreme Pictures | Puzzle | Hilarious | Prank Calls | Live Chat | Content Creators |
| Illusions | Skill | Extreme | | Links | Press |
| | Sports | Cool | | Hatemail | Privacy |
| | Classic | Stand-Up | | | FOTM |
| | Role Playing | | | | Link To Us! |
| | Holiday | | | | Contact us! |
| | Casino | | | | |

If you are the original creator of material featured on this website and want it removed, please contact the webmaster.
Copyright © 1998-2007 eBaum's World Inc.

| Home | Videos | Channels | Community |

[_____] Videos [ ]  Search  settings

# Wife Swap - Alicia Guastaferro, Beauty Queen From Hell





**From: Monkey**
Joined: 7 months a
Videos: 100

## About This Video
Words won't suffice, just wa

If you see this... (more)
Added: January 11, 2008

Embed
`<object width="425" height="355'`

**More From: Monke**

**Related Videos**

 
The Mos
05:01 Fro
Views: 6:

 
Queen -
05:49 Fro
Views: 9,


Don't St
03:32 Fro
Views: 4,

**Share**   **Favorite**   **Add to Playlists**   **Flag**

**Rate:**        **Views: 123,710**
351 ratings
Comments: 928   Favorited: 567 times   Honors: 0   Links: 5

## Comments & Responses
Show: average (-5 or better)  Help
Post a video response
Post a text comment

**Mary.JamesMurdoch** (1 hour ago)       Reply   0
The product of a totally failed marriage...

**TerrorWatcher** (3 hours ago)       Reply   0
What a spoiled slut. Someone stab her... or at least give her some chore

**TerrorWatcher** (3 hours ago)       Reply   0
What a spoiled slut. Someone stab her... or at least give her some chore

**Promoted Videos**

 
5 Random         Spicing
Facts Ta...      Things Up
04:17            01:47
Brookers        lonelygirl15

Sign Up | Accoun

**Home          Videos          Channels          Community**

[                                    ]  [ Search ]

## Wife Swap - Alicia Guastaferro, Beauty Queen From Hell





From: **Monkey**
Joined: 6 months a
Videos: 66

**About This Video**
Words won't suffice, just wat
Added: January 11, 2008

**Embed**
<object width="425" height="355"

**More From: Monke**

**Related Videos**



Yonts Si
03:12 Fro
Views: 1,





Aishwar
a wife
04:01 Fro
Views: 4!



MY ROY
QUEEN
04:10 Fro
Views: 6!



2nd Mig
Entertai
09:59 Fro
Views: 3:

**Share          Favorite          Add to Playlists          Flag**

**Rate:**                                          **Views: 7,047**

36 ratings
Comments: 91    Favorited: 70 times    Honors: 0    Links: 5

## Comments & Responses

Post a video response
Post a text comment

Show: average (-5 or better)  [ ]  Help

**dragon1234178** (53 minutes ago)                    Reply  **+1**

Haha. Great parody.

Oh effing hell.... it's not...

My town is full of people like this. It's fun ignoring them. That's what
hurts them most :D

**anonymous732** (56 minutes ago)                    Reply  **+2**

I think it would be just great if a psychopath captured and mutilated

**Promoted Videos**



Sabres @
Rangers ...
· 05:03
NHLVideo



Black20
News: Fri...
03:45
wwwBLACK20

her body entirely before dumping her off on the street. I think she'd
gain a new perspective on life.

---

**fashaferash** (58 minutes ago)                          Reply    0

LOL who would wana marry a chick like that

---

**gr00gles** (1 hour ago)                                 Reply    +1

oh dear god
make her die.

---

**rynda** (1 hour ago)                                    Reply    +1

she isnt that hot, iv seen better

---

**darch1591** (4 hours ago)                               Reply    0

reward did that bitch say reward?
what the hell does that girl DO to get rewards

---

**ValleyGyrlTV** (4 hours ago)                            Reply    0

All that money for a new Tahoe and her BUCK TEETH make her
look like a rabbit. LOL What a joke of a family.

---

**candyeater2** (6 hours ago)                             Reply    0

I work in a resturant and people like that are hard to deal with :(

---

**lounakin** (1 day ago)                                  Reply    0

Wow! Wow... I'm speechless...She's going to have it hard if she
doesn't find a rich husband soon...

---

**LONDON5685** (1 day ago)                                Reply    0

Yeah well i know enough....they put their own life on tv like
that....their self admitted snobs. And your no better getting on here
in defese of this familys nonsense!! But your probly one of her little
loser friends at williams ville

---

| Pages: **Newest ...  1  2  3  4  5  ...** | **Previous  Next** |

**View all 91 comments**

## Would you like to comment?

Join YouTube for a free account, or log in if you are already a member.

---

[ Search ]

© 2007 YouTube, LLC

YouTube - Wife Swap - Alice Guastaferro, Beauty Queen From Hell                    Page 3 of 3

---

**Your Account**
Videos
Favorites
Playlists

Inbox
Subscriptions
more...

**Help & Info**
Help Center
Video Toolbox
Developer APIs

Safety Tips
Copyright Notices
Community Guidelines

**YouTube**
Company Info
TestTube
Terms of Use
Privacy Policy

---

© 2007 YouTube, LLC

Show: average (-5 or better) ▾  Help

**historyfan447** (1 hour ago)                              Reply    0

once the parents die she skrude

**Hotshotter3000** (11 hours ago)                           Reply    0

Lucky? You call that lucky? Do you realise how life is going to be
for the girl after she realises that the real world doesn't work that
way?

**cookiemoo123** (16 hours ago)                             Reply    0

:O you luckkyy bitcchh!

**zx62** (1 day ago)                                        Reply    0

coughWHOREcough fucking brat aka she probably fucks the
judges o win the competitons

**drummerx1** (1 day ago)                                   Reply    0

she should go kill her self, i would hate being her parents

**reggiepoops** (1 day ago)                                 Reply    0

As soon as I get out of the house with a diploma and some
common sense in the work force and independant living. I will
know that I wont be calling my mom every day to come fix the
toilet or hook up the cable.

**narutofox000** (2 days ago)                               Reply    +

what a bitch.stupid blonde whore

**dodgydogman** (3 days ago)                                Reply    0

in school my name is blondy, i dont know where it comes from,
just kidding my hair, no because stereotypical blonde women are
completely stupid and so are you!

**sonobenissimo** (4 days ago)                              Reply    +2

i might murder someone after watching this

**steveh88** (4 days ago)                                   Reply    +1

There is NOOOO way this shit can be real. Please, somebody
tell me this is fake. It just HAS to be.

**Pages:  1  2  3  ...**                                              **Next**

**View all 93 comments**

## Would you like to comment?

Join YouTube for a free account, or log in if you are already a member.

---

**Add to iGoogle**                          | Videos ▾ |  Search

**Your Account**              | **Help & Info**                      | **YouTube**

Sign Up | Login | Family Filter: On | Help | 🔗 What's New?

# LIVEVIDEO

Search for ?

| HOME | LIVESHOW | VIDEOS | CHANNELS | BLOGS | GROUPS | PEOPLE |

My Subscriptions | Most Viewed | Most Recent | Most Discussed | Most Hits | Most Favorites |

## Horrifically Spoiled Beauty Queen



TECHNOPOLIS VIDEO


04:56

### Join The Party! Register Below


**KITTY1079**
Started 9 mins ago
Casual
40 viewers
29 subscribers


**BobbiBillard**
Started 3 mins ag
People
39 viewers
248 subscribers

**PICK A USEI**
Username:

**Contest Alert:**
New LiveVideo m
Ipod Touch! Sign

### Video Details

**6**
Hit Votes
👍 Hit
👎 Miss

Views: **18,843**
Comments: **16**
Favorited: **5**

Spread this Video
Subscribe

⭐ Add to Favorites   ⚠ Report Content   📝 Blog Video
📺 Add to Channels   👥 Suggest to Friends

Description: Someone needs to sell this bitch into slavery and put her to work in a rice paddy. That's a reality show I'd pay to watch.
Added: Feb 13, 08   By: wendywhiskey
Subscribers: 110
Tags: evil person girl beauty queen spoiled abc wife swap wifeswap scary american nightmare alicia guastaferro
Category: Entertainment
URL: http://www.livevideo.com/video/8B99DD2B021046
Embed: <div><embed src="http://www.livevideo.com/flvpl   Options

## Comments & Responses
Post Comment

1 2 »»

### Related    Most View


**spoiled ame**
www.wekepe
Views: 155
From: trac123


**Harry Potter**
Over 200 pec
for the releas
Views: 343
From: d3dsh3

**Crazy Christ**

 Posted Mar 14, 08 by celkanet01


Video Comment
▶ Play

 Posted Mar 8, 08 by MotoXgirl636
omfg. wooow. since her mom is doing all her homework i wonder what her IQ is. i'd make a guess of -140, but that's being generous. it's christmas everyday?! wtf?! that bitch needs to actually do something. then when she went "that wasn't your best cereal"
more...

 Posted Mar 5, 08 by ndewhurst12
Fucking dumb people. I feel bad for honest Americans who are judged as people such as this.

 Posted Feb 25, 08 by DashTube1
What a bitch.

 Posted Feb 26, 08 by TrojanTM
I agree... Spoiled, fake and has small boobs. :-P

 Posted Feb 24, 08 by png877
This is obviously a joke. Anyone who can't see that is an idiot.

 Posted Feb 21, 08 by Killer2600
How the hell does a complete family get so freakin mindless. As far as their way of parenting what do they think will happen when they aren't around anymore to do everything for little miss princess. I wanna consider them white trash but that would be   more...

 Posted Feb 21, 08 by CyberScann54
wow that family needs a wake up call that girl is not prepared for the what if factor in life some may envy this lifestyle but it is not the way the world works I hope one day she learns how the world really works

 Posted Feb 20, 08 by SingleCamS13
such a pretty face...pity i'd have to put a size-12 to it if i ever met her...HOW can people like this exist? she's gonna get a hard lesson when she graduates high-school...i hope

 Posted Feb 18, 08 by GaaraSands15
wow... what kind of parents would let their child get spoiled rotten?

 Posted Feb 18, 08 by eksekseksg3
I hope this trash gets a hard fricking rape in the face.

I honestly wouldn't wish that on anyone...or so I thought, but jesus fricking christ...

by the way, I joined just to say this...heh


Crazy woma
And aparentl
Views: 4289
From: trigirl


**Funny Mem**
I was a funny
Views: 629
From: GreenE


**1st Person \**
This is proba
with nag crim
Views: 1612
From: Saman


**OC Tribute:**
I thought it w
soon as poss

UPDATE:
The Story m
Views: 315
From: Decem


**Trinidad & T**
Miss Persona
London (Miss
Miss Photoge
Views: 62
From: worldw


**and so it be**
see you next
Views: 113
From: rottingc

Sign Up | Accou

**Home**          **Videos**          **Channels**          **Community**

Search

## Wife Swap - Alicia Guastaferro, Beauty Queen From Hell



 From: **Monkey**
Joined: 6 months a
Videos: 66

**About This Video**
Words won't suffice, just wat
Added: January 11, 2008

Embed
<object width="425" height="355"

**More From: Monke**

**Related Videos**

 Yonts Si
03:12 Fro
Views: 1,



 Aishwar
a wife
04:01 Fro
Views: 4!

 MY ROY
QUEEN
04:10 Fro
Views: 6!

 2nd Migr
Entertai
09:59 Fro
Views: 3:

**Share          Favorite          Add to Playlists          Flag**

**Rate:**                              **Views: 7,047**

36 ratings

Comments: 91     Favorited: 70 times     Honors: 0     Links: 5

## Comments & Responses

Show: average (-5 or better) | Help          Post a video response
                                             Post a text comment

shizxzle (1 day ago)  Show                          Reply    -9

**MonkeyMechX2** (1 day ago)                        Reply
They opted to go on the show. They accepted the fact there
would be comments made at their expense (or were truly
clueless at how they would be received, and instead were just
there to show off their vegetable child).

Like I said earlier, if they can't see all that I can point out with
just a simple 5 minutes' window into their lives and realize
they may have a problem, then they're hopeless. "10 year-
old" bitch all you want, you're not doing anything.

**Promoted Videos**

                  
Sabres @                         Black20
Rangers ...                      News: Fri...
05:03                            03:45
NHLVideo                         wwwBLACK20

**LONDON5685** (1 day ago)                          Reply   **+2**

This really made me sick....but,...then, I FOUND OUT THAT SHE
LIVE'S IN WILLIAM'S VILLE NY! WTF That like 20 minutes from
buffalo where i live. It makes sense though, most people in williams
ville and Amhurst are snobs!!!! I now drive around with eggs in my
car just in case i see her. LOL.....

**way2funky4u2** (1 day ago)                          Reply   **+1**

she's not that pretty overall..you need more than looks to get you
through this life.

**animeluverinu** (1 day ago)                          Reply   **0**

in this episode, her parents said that she was going to be a dentist,
and she cant even do her own friggen homework....if she wanted to
drill into my teeth, I would jump off a cliff first! and to top it off, her
parents a total dushes...."I would hire an attractive girl over a smart
one" oh god just rip my ears off while I still have my brain intact!!

**kliffster** (1 day ago)                          Reply   **+1**

wow this is makes me want to throw up,what a spoiled
bitch.parents are to blame ocourse

**OldskolFan** (1 day ago)                          Reply   **+1**

Wow, the parents are really preparing this kid for the "real world." I
bet Britney Spears was treated like a princess and not taught any
boundaries, uhm...

**kooldonuts** (1 day ago)                          Reply   **0**

holy shit. i went to school with this girl.

   **dogmakarma** (1 day ago)                          Reply   **0**

   is she as dumb as she is portrayed?

   **MonkeyMechX2** (7 hours ago)                          Reply

   Check out the news story at the end.

---

Pages: Newest ...  **2   3   4   5   6**  ...                    **Previous   Next**

**View all 91 comments**

## Would you like to comment?

Join YouTube for a free account, or log in if you are already a member.

---

[ Search ]

| Your Account | | Help & Info | | YouTube |
| Videos | Inbox | Help Center | Safety Tips | Company Info |

| Favorites | Subscriptions | Video Toolbox | Copyright Notices | TestTube |
|-----------|---------------|---------------|-------------------|----------|
| Playlists | more... | Developer APIs | Community Guidelines | Terms of Use<br>Privacy Policy |

© 2007 YouTube, LLC

Get the Best **Value** in Broadband
**Verizon High Speed Internet**
First Month FREE

**$12**⁹⁹ *per month**

* for months 2-6 with
1-year agreement

Sign Up!  |  Login

Featured    Highest Rated    Just Submitted    Category    Upload

» Home
» Video
» Pictures
» Games
» News & Links NEW
» Audio / Prank Calls
» Jokes
» Flash Animation
» Forum
» Live Chat
» Contests
» Music Videos
» Submit Content

"Help getting LAID?"
You've got to read this!

PokerStars.net
Play Texas Holdem Online

Wanna see pics of girls
who live by you?
All you need is a zip code

Foo Fighters Beyonce Sean
Kingston Mat Kearney and
More
Listen & Go!

Meet Married Women Now
Have a Discreet Encounter
with Someone Tonight

Insanely Funny T-Shirts
These are the shirts everyone
is talking about!

"How I Got a BJ.."
on the First Date. Amazing!

Hobowars - it's FREE
The best browser based
game!

Get your link here!

### Spoiled Girl
People like this just make me sick.



01:14 / 04:56

GEICO Car Insurance
How much could you save? Get a free car insurance quote today.
Go to http://www.GEICO.com

CLICK TO VISIT

✉ Email this to a Friend          ❤ Add To Favorites

Rate This:          (58 Ratings)          Bookmark:

## Add a comment or Turn comments off

[1] [2] [3] [4] [5] [6] [7] [8] ... [150] [151]

Replies....

L8Rgator | Posted at 11:48pm Feb, 19 2008

dumb not dunb sorry miss hit the key
:)



Rocketfan | Posted at 11:09pm Feb, 19 2008

Her face at the 2:00 min mark makes me want
to peel back her eyelid and fire off a load.



just_some_guy | Posted at 10:32pm Feb, 19 2008

Mom certainly doesn't have the spark. That
Tammy Fay look-a-like is fucing up her
daughter more then beating her everyday.
Great ethics Mom! Dad looks like he
sodomizes daily, or wants to.



bratanvova | Posted at 06:09pm Feb, 19 2008

i think her life will be changes when she
gets fucked by a homosexual who will think
that she is a fucking ugly man



bratanvova | Posted at 06:08pm Feb, 19 2008

sad to watch those parents are fucking
stupid fucking stupid fucking so fucking
stupid that its just fucking stupid and the
fucking ugly blonde bitch is fucking ugly
and fucking dumb as a fucking brick damn if
someone can post a posetive coment on here
about this video you are FUCKING STUPID this
video is fucking stupid! fucking idiots



billypilgrim | Posted at 05:41pm Feb, 19 2008

her parents are ugly and fat. one day,
after she has a bad break-up or a pregancy,
she will be UGLY AND FAT.



ICantGetCrabs | Posted at 03:52pm Feb, 19 2008

can we say crack



auminer | Posted at 03:20pm Feb, 19 2008

She needs a stiffie where she poops
from.....



CowmanNYC100 | Posted at 02:59pm Feb, 19 2008

I think this is fake...lord...please...let
it be fake.



djtupperware | Posted at 02:43pm Feb, 19 2008

Someone needs to kill those two before they
make another. That is what is wrong with the
world. hey MTV, we got your next Sweet 16
candidate right here.



1 2 3 4 5 6 7 8 ... 150 151

---

## Pictures   Games    Videos    Audio     More

Funny Pictures    Arcade      Animation    Soundboards    Forum
Extreme Pictures   Puzzle      Hilarious     Prank Calls     Live Chat
Illusions        Skill       Extreme                  Links
                  Sports      Cool                     Hatemail
                  Classic    Stand-Up
                  Role Playing
                  Holiday
                  Casino

If you are the original creator of material featured on this website and want it removed, please c
Copyright © 1998-2007 eBaum's World Inc.

Sign Up | C

**Home**          **Videos**          **Channels**          **Community**

| | Videos | | Search | settings |
|---|---|---|---|---|
| | | | | advanced search |

## Most Spoiled Girl In The World



**Rate:**          14 ratings                    **Views:** 5,019

| **Share** | **Favorite** | **Playlists** | **Flag** |
|---|---|---|---|
| MySpace | Facebook | Digg | (more share options) |

| **Commentary** | **Statistics & Data** |
|---|---|
| Video Responses: **1** | Text Comments: **46** |

Video Responses (1)                    Post a Video Response

00:09
darthvad...

View All  -  Play All



| | From: **jumbojax** |
|---|---|
| | Joined: 9 month: |
| | Videos: **16** |

Added: **February 23, 2008**

Title....
Susbcribe
ill be adding more video's

Embed:

| <object width="425" height="355" |

### More From: jumbo

### Related Videos

 AUDRE
BRAT in
00:44 Fro
Views: 1:

 Wife Sw
Queen F
05:00 Fro
Views: 1:

 Super sp
lexus
02:26 Fro
Views: 1

 sharpay
02:50 Fro
Views: 4

 SPOILE
cries as
01:50 Fro

### Promoted Videos

 "St op the
Vote!&qu ot;
Politi...
02:34
NatLamp

 Sicily 2007 -
Taormina ,...
02:04
travelandtr...

**Text Comments (46)**                    **Post a Text Comment**

Show: average (-5 or better) ▼ Help

**jipasd** (3 hours ago)                    Reply    0

Give her a gag ball on one day and a paper bag to her head on
the second day and as the gift of the third day I can bang her. Oh
god what an emptyhead, do these really exist? If so then I'm
really losing my trust in the future of mankind.

Comment(s) marked as spam Show

**ricciboy43** (2 days ago)                 Reply    0

she needs to get gang banged

**tidusyuna989** (2 days ago)               Reply    0

shes not that hot ....4 out of 10 in beauty!

**polnoezabvenie** (4 days ago)             Reply    +1

Well... I thnk she's kind of uglyish, actually... Not my type.

**sleeplessslacky** (6 days ago)            Reply    0

wtf at 00:37 she says she feel sorry for people who are not petty
as her wrong she ugly

and that smile is wrong it makes me wonder how the hell she
wins those awards maybe her parents bribe the judges since
their got the money buy her a xmas gift everyday

so I'm sure they got some for those beauty contests as well lol lol

then 1:19 she says her life is a busy one......yeah then we see
her mom and dad doing everything for her

**RagnarTheImpaler** (1 week ago)            Reply    +1

Brb, need to puke. A lot.

**inmyfacehaha** (1 week ago)               Reply    +2

those the most dumb fuckin parents in the Woird, A GIFT EVERY
DAY?WTF IS THAT?SHE WOULD NOT STAND WHER I LIVE 4
2 MINUTES, i WANNA BEAT THE CRAP OUTTA HER AND
HER PARENTS, WUT A SPOILED BITCH

**TulkorHAOMARUSH** (1 week ago)            Reply    +3

1. speaks funny
2. isnt hot
3. fake n bake!

**ChanceyBug7** (1 week ago)                Reply    +3

god she kinda have ugly face

**Pages:  1  2  3  ...**                              Next

View all 46 comments

**Would you like to comment?**

YouTube recommends up
such as F

Sign Up | C

Home          Videos          Channels          Community

| | Videos | | Search |

settings
advanced search

## Most Spoiled Girl In The World



Translation Live vicariously through our daughter CHOtr

| Rate: | 16 ratings | Views: 5,681 |

Try the New YouTube Player Beta!

| Share | Favorite | Playlists | Flag |

MySpace          Facebook          Digg          (more share options)

| Commentary | Statistics & Data |

Video Responses: 1    Text Comments: 53

Video Responses (1)                              Post a Video Response

00:09
.darthvad...

View All  -  Play All



From: **jumbojax**
Joined: 10 mont
Videos: **16**

Added: **February 23, 2008**

Title....
Susbcribe
ill be adding more video's

Embed:

<object width="425" height="355"

### More From: Jumbo

### Related Videos


**AUDRE**
**BRAT in**
00:44 Fro
Views: 1


**Wife Sw**
**Queen F**
05:00 Fro
Views: 1


**Super sp**
**lexus**
02:26 Fro
Views: 1


**SPOILE**
**cries as**
01:50 Fro
Views: 7


**MacKen**
00:52 Fro
Views: 2

### Promoted Videos



**I Wish I Was**        **KushTV -**
**Mexican - ...**       **You Don't**
01:20                   **Mess...**
ComedyTimeDir          02:16
                       kushtv

Case 2:08-cv-08650-GAF-RC   Document 2-3   Filed 01/06/09   Page 48 of 53

**Text Comments (53)**                                    **Post a Text Comment**

Show: [average (-5 or better)  [▼]  Help

**robertrodriguezfan** (10 hours ago)                    Reply    0

wat a skank that bitchy blonde bimbo is.
no intelligence.
no personality.
no inner/outer beauty

**debbic2** (18 hours ago)                                Reply    0

she is a spoiled person

**McMuffins100** (2 days ago)                              Reply    0

is this...real or is it fake it cant be real it really cant

**sandypuppy4evaxoxo** (2 days ago)                       Reply    0

she would not survive in the real world

**loveex19** (2 days ago)                                 Reply    0

durf durf durf lol

**XxLitantofLightxX** (4 days ago)                        Reply    0

....dumb broad

**aspie101** (4 days ago)                                 Reply    0

I bet that she could turn MADUSA to stone.

**jipasd** (1 week ago)                                   Reply    0

Give her a gag ball on one day and a paper bag to her head on
the second day and as the gift of the third day I can bang her. Oh
god what an emptyhead, do these really exist? If so then I'm
really losing my trust in the future of mankind.

Comment(s) marked as spam Show

**ricciboy43** (1 week ago)                               Reply    +1

she needs to get gang banged

Pages:  1  **2**  3  ...                                          **Next**

**View all 53 comments**

## Would you like to comment?

Join YouTube for a free account, or log in if you are already a member.

---

YouTube recommends up[
such as F

---

        **Add to iGoogle**                    [                    ]   Videos [▼]   Search

## Alicia Guastaferro, the beauty queen from hell

Back to listing      Prev



## Alicia Guastaferro, the beauty queen from hell

Princess of Pageantry sorry for people who are not gorgeous

Know anything about this? Email us

|  | 71 % |
|---|---|
| Embed this video | Link to this |
| Tags: beauty, babes, beauty cont |

## Comments     Add

**Guest**: teacher/babysitter (46 days ago)
Hey, I'm a teacher in a private school in the UK. Don't think we won't get this in this country. There are plenty of little girls halfway there already - mummy does homework, mummy says little daughter can't do anything wrong, mummy spoils the little brat rotten .... only a question of time
Spam or offensive?

**Guest**: UHHGGGGG (50 days ago)

just a few words that come to mind.....VAPID, VACUOUS, SUPERFICIAL, AMERICAN, STUPID, EGOCENTRIC, OBVIOUS, ARROGANT, SAD...WHAT AN EXTRAORDINARILY HIDEOUS MOTHER.
Spam or offensive?

**Guest**: tektonic (51 days ago)
She's that shallow she'll never drown
Spam or offensive?

**Guest**: Guessed (51 days ago)
OK everybody; you can all take comfort that someday the little tart will end up looking like her mother - Cirque du Soleil makeup and all.
Spam or offensive?

**Guest**: june (52 days ago)
Oh, forgot to mention the grinding and mauling at school dances. She has few friends and I can see why. These people are for real, believe it or not...Pathetic...if anyone gets in that girls way, momma will take her out!
Spam or offensive?

**Guest**: june (52 days ago)
This family is exactly as portrayed. They are sick as far as putting her first and on a pedestal. They pimped her "just to get her name out there". Now they have to pay the consequences. I know them personally. This is for real...scary....
Spam or offensive?

**Guest**: Elaine (52 days ago)
Does she need glasses?my god i am better looking than her and i am 47 ffs!!! her mom and dad are just stupid saying she is beautiful .her face is lop sided!!! she has the personality of a cabbage but not as much taste!!!
Spam or offensive?

**Guest** (60 days ago)
I blame the parents, what have they done to that poor girl, now thats child abuse
Spam or offensive?

**Guest**: bass (62 days ago)
id like to see her in 15-20 years. it'll b funny.wheres your christmas tree,education and looks? awh. Probably will be working in k mart. yeah nice parenting there. :-/
Spam or offensive?

**Guest** (63 days ago)
What a ugly moster they have brought up
Spam or offensive?

**Guest**: NoTouchie (63 days ago)
I'd say I want to blow her brains out, but there's obviously nothing there.
Spam or offensive?

**Email a friend**     Privac

To:
friend1@abc.com, friend2@def.cor

Your message (optional)

From:

Your name

Your email

**Send**

Newsletter: Sign up
Keep Bore Me fresh: Contribute
Download   [ ? ]
Get plug-in
Report fault

**Guest (63 days ago)**
Is her Mum from the Adam's Family? It's obvious that the Dad is shafting the
daughter as who would want to shag the mother. I mean......
Spam or offensive?

**Guest: guest (63 days ago)**
How to make her eyes light up. Shine a torch in her ear.
Spam or offensive?

**Guest: Tom (64 days ago)**
My God, put her down, for the sake of the children. For the children!!!
Spam or offensive?

**Guest: Ace (64 days ago)**
Enjoy it while you can girl, because one day you're gonna turn 35 and begin
a long, futile and humiliating relationship with the surgeon's knife.
Spam or offensive?

**Guest (64 days ago)**
Crass and shallow to the extreme and her mum looks like a bloke in drag.
Spam or offensive?

**Guest: the voice of reason (65 days ago)**
SHE MUST BE PUT DOWN TO END OUR MISERY!
Spam or offensive?

 **flingthecow (65 days ago)**
Okay she REALLY needs to get away from her parents. I kind of feel
sorry for her, they've completely brainwashed her and moulded her
into somekind of living Barbie Doll. They should have bred prize
Chihuahuas instead of having a kid.
Spam or offensive?

 **Vanghar (65 days ago)**
If she really had 'the sparkle' - surely she wouldn't need all that
make-up and clothes?
Spam or offensive?

**Guest: nilayah (65 days ago)**
someone slap her ugly face so she wakes up, christ lol
Spam or offensive?

**Guest: Whatever (65 days ago)**
Please please this is not real !!! please tell me this is not real I want to wake
up, this is just like a nightmare
Spam or offensive?

 **wgaf9963 (65 days ago)**

Case 2:08-cv-08650-GAF-RC   Document 2-3   Filed 01/06/09   Page 52 of 53

look at your mum dear because thats where your going.SHALLOW
BRAT!!!
Spam or offensive?

**Guest** (65 days ago)
This is what the rest of the world sees of the USA!! Big Macs, George W and
this. Jeeez
Spam or offensive?

**Guest**: Valentine Wolf (65 days ago)
Thats one hell of a "Dick Target" they raised. . . what else is she good for?
probably could'nt hold up her and of a conversation :P, without smarts and a
good work ethic all she becomes is a trophy wife :(
Spam or offensive?

**Guest** (65 days ago)
WTF... Wot an ugly bitch. She's also got a speech impediment. And those
parents...UGLY UGLY At 2:09 what word is she saying? Was that THUCK? She
can THUCK my knob.
Spam or offensive?

**Guest**: Barbie come back (65 days ago)
If you're born as beautiful as she, then why shouldn't the world idolize her. I
mean, people love Beckham and pay him shit loads of money - a beautiful
man with no talent
Spam or offensive?

**Guest**: mooooo shes a cow face (65 days ago)
HA HA HA YOU UGLY BITCH I BET HER DADDY LIKES HER CANDY ASS LOL
PEADOPHILES DREAM HA HA HA UGLY BITCH AINT SHE.
Spam or offensive?

**Guest**: LETS HOPE SHE ROTS (65 days ago)
ALL OF US HERE FROM THE UK HOPE YOU GET BEAT SENSLESS YOU UGLY
BITCH LOL HA HA HA HA HA HA HA HA HA LOL LOL SHES A MAN.
Spam or offensive?

**Guest**: Jack (65 days ago)
Holy...! Well lets hope she finds a rich husband fast because otherwise life
will beat her unconsious. Great subtitles "thats why terrorists hate us" :D
Spam or offensive?

**rogem002** (65 days ago)
I think I saw this on TV, one of these people your just can't believe
are real. I loved the subtitles :P
Spam or offensive?

**Guest** (65 days ago)
Your shitin me!
Spam or offensive?

Case 2:08-cv-08650-GAF-RC   Document 2-3   Filed 01/06/09   Page 53 of 53

**Guest**: kungfukenny (65 days ago)
She didn't get her looks from her parents then, must of been an experiment
at the blow up doll factory except it got loose before they put the brain in.
Spam or offensive?

**Guest**: bubba (65 days ago)
This cannot be for real.
Spam or offensive?

**Guest**: real world (65 days ago)
a spoiled little girl with childish parents. and doing her school work? please,
this girl learns nothing about the real world and its hardships. When she
leaves that house (r when her parents are gone) its going to be a big shock
to her when the real world slaps her face.
Spam or offensive?

**Guest**: danj (65 days ago)
I would so give her a donkey punch
Spam or offensive?

 **MissAlanius** (65 days ago)
She sums up what's wrong with this world
Spam or offensive?

**Guest**: Fragile (66 days ago)
Please tell me this is fake
Spam or offensive?

---

Contact | Contributions | Newsletter | Advertise | Press | DMCA | Features | Sitemap | Archive | RSS

---

Bore Me is an archive of funny videos, pictures, jokes and online games that circulate the internet.