Majid Foroozandeh (SBN 248685)
Arezou Bakhtjou (SBN 256963)
Law Offices of Foroozandeh, APC
9891 Irvine Center Drive, Suite 130
Irvine, CA 92618
(949) 336-8505

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA GUASTAFERRO, a minor, by and through her guardians, KAREN and RALPH GUASTAFERRO, individually,<br><br>Plaintiff(s),<br>v.<br>ROBERT IGER, President, The Walt Disney Co.;et al.<br><br>Defendant(s). | CASE NUMBER<br>Case#:CV08-8650 GAF(RCx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety. **Without Prejudice per Rule 41(a)(1)(B)**

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

_____4/24/09_____                    _____[signature]_____
/Date/                                    Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)                    NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)